UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN DERRICK HUBBARD,<br><br>Plaintiff,<br><br>v.<br><br>PRISONER TRANSPORTATION SERVICES OF AMERICA, LLC, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00917-LJO-EPG<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF No. 2)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE USM-285 FORMS**<br><br>**RESPONSE REQUIRED WITHIN TWENTY-ONE (21) DAYS** |

On July 8, 2018, Dustin Derrick Hubbard ("Plaintiff") commenced this action against Prisoner Transportation Services of America, LLC, Cleveland Robert Wheeler, Leticia Monique Avalos, and Fausto Avalos. (ECF No. 1.) Plaintiff has filed an application to proceed *in forma pauperis*, (ECF No. 2), and has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

The Court also has reviewed the Complaint and determined that service is now proper. Because Plaintiff is proceeding *in forma pauperis*, service of the Complaint will be affected by the United States Marshal Service. *See* Fed. R. Civ. P. 4(c)(3).

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant(s):

    a. Prisoner Transportation Services of America, LLC,

    b. Cleveland Robert Wheeler,

1

c. Leticia Monique Avalos, and

d. Fausto Avalos;

2. The Clerk of Court shall send Plaintiff four (4) USM-285 form, four (4) summons, one (1) Notice of Submission of Documents form, one (1) instruction sheet, and one (1) copy of the Complaint filed on July 8, 2018, (ECF No. 1);

3. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall complete the Notice of Submission of Documents form and submit the completed form to the Court with the following documents:

    a. A completed summons for each named defendant,

    b. A completed USM-285 form for each named defendant, and

    c. Six (6) signed copies of the Complaint filed on July 8, 2018;

4. Plaintiff need not attempt service on defendants, and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. <u>The failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated: **July 10, 2018**         /s/ Erin P. Groj
                                 UNITED STATES MAGISTRATE JUDGE

2